Form DEFECF (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>    Jae L Burnham<br><br>    TDC International Corp.                          **Debtor**<br><br>    Jae L Burnham                                     **Plaintiff**<br><br>                                                        **Defendant** | **Case Number 17–03285–swd**<br><br>**Adv. Pro. No. 17–80176–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

## NOTICE OF DEFECTIVE ENTRY OR FILING

NOTICE IS HEREBY GIVEN that document #: 3 (Summons Service Executed) is defective for the following reasons:

☑ Incomplete PDF Document attached to the entry. The Summons Service Executed does not reflect the name and address of the party served.
☐ Entered in the wrong case.
☐ PDF document is not legible.
☐ Incorrect Form Submitted (Official forms are located on the Court's website at: www.miwb.uscourts.gov)
☑ Other: Please note that the summons was issued over 30 days ago and may not have been timely served. You may need to request another summons to be issued by using the event "Request to Reissue Summons (No PDF)".

NOTICE IS FURTHER GIVEN that the following action must be taken:

☐ Document needs to be re–filed.
☑ Please review your documents to determine the appropriate action necessary for correction.

If you have any questions, please contact the ECF HelpDesk by emailing ecfhelpdeskmiwb@miwb.uscourts.gov or by calling (616) 456–2693.



Daniel M. LaVille
Clerk of Court

**Dated:** December 20, 2017