United States Bankruptcy Court
Western District of Michigan

TDC International Corp.,
      Plaintiff

Adv. Proc. No. 17-80176-swd

Burnham,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0646-1       User: jonesl       Page 1 of 1       Date Rcvd: Jan 09, 2018
                        Form ID: clkdflts   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
dft        +Jae L Burnham,   731 E. Shiawassee,   Lansing, MI 48912-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
        Brian C. Grant   on behalf of Plaintiff   TDC International Corp. bgrant@orlaw.com,
          cbissett@orlaw.com
        Nathan D. Petrusak   on behalf of Plaintiff   TDC International Corp. npetrusak@orlaw.com,
          ecf@orlaw.com
                                               TOTAL: 2

Form CLKDFLTS (12/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Jae L Burnham**<br><br>**Debtor**<br><br>**TDC International Corp.**<br><br>**Plaintiff**<br><br>**Jae L Burnham**<br><br>**Defendant** | **Case Number 17–03285–swd**<br><br>**Adv. Pro. No. 17–80176–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

# ENTRY AND NOTICE OF DEFAULT

NOTICE IS HEREBY GIVEN THAT a default is entered against Defendant, Jae L Burnham , in the above–captioned adversary proceeding for the reason that it appears from the record that the named defendant has failed to plead or otherwise defend in this adversary proceeding as required by law. Defendant, Jae L Burnham may not either personally or through counsel defend this adversary proceeding either by appearing in court, by filing pleadings or other papers with the court, or otherwise, without first setting aside the default.

Subject to Fed. R. Civ. P. 54(b), Plaintiff may now apply to the Court for entry of a default judgment. If Plaintiff requests entry of default judgment pursuant to Fed.R. Civ.P. 55(b), the motion for default judgment shall indicate whether the Plaintiff intends to rely solely upon the pleadings to support the motion. Moreover, if Plaintiff does not intend to rely solely upon the pleadings, the motion shall identify each element and prayer for relief Plaintiff intends to support with additional proofs (e.g. affidavit, deposition transcript, document, oral testimony). Plaintiff, at its option, may also attach to the motion the supporting documents, affidavits, and deposition transcripts.

Upon receipt of the motion, the Court may either enter the requested default judgment against Defendant, Jae L Burnham , without further hearing, or schedule the motion for hearing, or take other appropriate action.



DANIEL M. LAVILLE
CLERK OF BANKRUPTCY COURT

**Dated:** January 9, 2018

/S/_____
L. Jones
Deputy Clerk

**Clerks Entry and Notice of Default transmitted to the Bankruptcy Noticing Center for service of same upon interested parties appearing of record herein.**