UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:	)
	)
JAE L BURNHAM,	)   Case No. 17-03285-jtg
	)
	Debtor.	)   Chapter 7
	)
	)   Adversary Proceeding No.: 17-80176-swd
TDC INTERNATIONAL CORP., f/k/a	)
G.E. THOMPSON DEVELOPMENT	)
CORP.,	)
	)
	)
	Plaintiff,	)
	)
v.	)
	)
JAE L BURNHAM,	)
	)
	Defendant.	)
	)

## NOTICE AND OPPORTUNITY FOR HEARING ON MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff TDC International Corp. f/k/a/ G.E. Thompson Development Corp. has filed papers with the Court for entry of a default judgment against Defendant Jae L Burnham. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the Court to enter the default judgment, or if you want the Court to consider your views on the entry of the default judgment, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position, at[1]:

Clerk of the Court
United States Bankruptcy Court
1 Division Ave N, Room 200
Grand Rapids, MI 49503

---

[1] Response or answer must comply with Fed. R. Civ. P. 8(b), (c) and (e).

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

O'REILLY RANCILIO P.C.
Nathan D. Petrusak (P75359)
Attorney for Plaintiff
12900 Hall Road, Ste. 350
Sterling Heights, MI 48313
Telephone: (586) 726-1000
ecf@orlaw.com

2.   If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion for Entry of Default Judgment and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the joint statement and may enter an order granting that relief.**