# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In Re:                                    )
                                          )
JAE L BURNHAM,                            )         Case No. 17-03285-jtg
                                          )
            Debtor.                       )         Chapter 7
                                          )
_____          )         Adversary Proceeding No.: 17-80176-swd
                                          )
TDC INTERNATIONAL CORP., f/k/a            )
G.E. THOMPSON DEVELOPMENT                 )
CORP.,                                    )
                                          )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )
                                          )
JAE L BURNHAM,                            )
                                          )
            Defendant.                    )
_____          )

## AFFIDAVIT OF NON-MILITARY SERVICE AND COMPETENCE

STATE OF MICHIGAN      )
                       )SS.
COUNTY OF MACOMB       )

Nathan D. Petrusak, being duly sworn, deposes and says:

1.    He is the attorney in charge of the entitled cause.

2.    That Defendant, Jae L Burnham, is neither an infant nor an incompetent person.

3.    That said Defendant is not in the military service of the United States of America

as of this date.

Further deponent sayeth not.

O'REILLY RANCILIO P.C.

*/s/ Nathan D. Petrusak*

NATHAN D. PETRUSAK (P75359)
Attorney for Plaintiff
12900 Hall Road, Suite 350
Sterling Heights, MI  48313-1151
(586) 726-1000
ecf@orlaw.com

DATED:  January 12, 2018

2