## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re:<br><br>JAE L BURNHAM,<br><br>        Debtor.<br>_____<br><br>TDC INTERNATIONAL CORP., f/k/a<br>G.E. THOMPSON DEVELOPMENT<br>CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>JAE L BURNHAM,<br><br>        Defendant. | Case No. 17-03285-jtg<br><br>Chapter 7<br><br>Adversary Proceeding No.: 17-80176-swd |

### ORDER OF DEFAULT JUDGMENT

Plaintiff, TDC International Corp. f/k/a/ G.E. Thompson Development Corp., having filed its Summons and Complaint; Defendant Jae L Burnham having been properly served with the Summons and Complaint, Defendant Jae L Burnham having failed to respond to the Complaint, and the Clerk of the Court having entered a Default against Defendant Jae L Burnham;

IT IS ORDERED:

1. Judgment is entered in favor of Plaintiff, TDC International Corp. f/k/a/ G.E. Thompson Development Corp., and against Defendant Jae L Burnham, in the amount of $10,178.00.

2. This Judgment is nondischargeable under 11 U.S.C. 523(a)(6).

3.  Plaintiff shall have all post-Judgment remedies in order to enforce this Judgment.

4.  Plaintiff shall have a right to immediate enforcement of said Judgment.

5.  This is a final order and closes the case.

## END OF ORDER

Prepared by:
Nathan D. Petrusak (P75359)
Attorney for Plaintiff
12900 Hall Road, Ste. 350
Sterling Heights, MI 48313
Telephone: (586) 726-1000
ecf@orlaw.com