# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re:<br><br>JAE L BURNHAM,<br><br>      Debtor.<br>_____<br><br>TDC INTERNATIONAL CORP., f/k/a<br>G.E. THOMPSON DEVELOPMENT<br>CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>JAE L BURNHAM,<br><br>      Defendant.<br>_____ | Case No. 17-03285-jtg<br><br>Chapter 7<br><br>Adversary Proceeding No.: 17-80176-swd |

## PROOF OF SERVICE

Nathan D. Petrusak, being duly sworn, says that on the 12th day of January, 2018, he did serve a copy of Plaintiff's Motion for Entry of Default Judgment, Brief in Support of Application, Affidavit in Support of Application, proposed Default Judgment and this Proof of Service upon:

                Jae L Burnham
                731 E. Shiawassee
                Lansing, Michigan 48912

electronically pursuant to the court notice of service, and to those not electronically registered and to the Debtor and Debtor's attorney by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

O'REILLY RANCILIO P.C.

*/s/ Nathan D. Petrusak*

NATHAN D. PETRUSAK (P75359)
Attorney for Plaintiff
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: January 12, 2018