Form SWD06 (01/14)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>　**Jae L Burnham**<br><br>　　　　　　　　　　　　　　　　　　**Debtor**<br>　**TDC International Corp.**<br><br>　　　　　　　　　　　　　　　　　　**Plaintiff**<br>　**Jae L Burnham**<br><br>　　　　　　　　　　　　　　　　　　**Defendant** | **Case Number 17−03285−swd**<br><br>**Adv. Pro. No. 17−80176−swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

**NOTICE OF HEARING**
**RE: ENTRY OF DEFAULT JUDGMENT**
**AGAINST DEFENDANT JAE L. BURNHAM**

　　Plaintiff having filed a Motion for Default Judgment against Defendant, Jae L. Burnham , pursuant to Fed. R. Civ. P. 55 (the "Motion") on January 17, 2018 . The court will hold a hearing on the Motion at **11:00 AM** on **February 22, 2018** at the United States Bankruptcy Court, U. S. Post Office & Courthouse Bldg., 315 W. Allegan, Room 101, Lansing, MI 48933 . At the hearing, all well−pleaded factual allegations will be deemed admitted pursuant to Fed. R. Civ. P. 8(d). In addition, the court will determine whether the admissions establish Plaintiff's entitlement to judgment by default, or whether the court requires additional evidence to enter the judgment, carry it into effect, or make investigation of any other matter, as contemplated in Fed. R. Civ. P. 55(b)(2). Further, Plaintiff should be prepared to establish (1) compliance with the Servicemember's Civil Relief Act, 50 U.S.C. App. § 521(b); and (2) Defendant is not incompetent and not an infant. Fed. R. Civ. P. 55(b)(2).



DANIEL M. LAVILLE
CLERK OF BANKRUPTCY COURT

**Dated:** January 18, 2018　　　　　　　　　　/S/_____
　　　　　　　　　　　　　　　　　　　　　　Kathy Trapp
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Notice returned to: Nathan D. Petrusak, Esq. for appropriate service ( 1/18/18 – kmt )

NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the new hearing date. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676−6856 or via its web site at http://pacer.psc.uscourts.gov.