# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

      JAE L. BURNHAM                                  CASE NO.: <u>DL 17-03285</u>

                         <u>Debtor      </u>/

      TDC INTERNATIONAL CORP.
      f/k/a G.E. THOMPSON DEVELOPMENT CORP.

                           Plaintiff,          ADV. PROCEEDING: 17-80176

vs

      JAE L. BURNHAM

                     <u>Defendant.</u>/

## NOTICE OF TELEPHONIC CONFERENCE
## RE:   PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

      Please take notice that the above motion previously scheduled for February 22, 2018 at 11:00 a.m. in Lansing has been rescheduled.   A telephonic hearing will now be held **February 28, 2018 at 1:30 p.m.** before the Hon. Scott W. Dales.

      Parties are to dial (888) 273-3658 and reference Access Code 5199125 to participate in the conference.

      PLEASE TAKE NOTICE that the telephonic hearing may be recorded from the moment the first participant gets on line, even if an operator or the court fails to announce the commencement of recording.

Notice served via cm/ecf upon the interested parties. (February 21, 2018-kt)

<u>February 21, 2018</u>                     DANIEL M. LAVILLE
                                         CLERK OF BANKRUPTCY COURT

                                                  /s/
                                      BY: Kathleen M. Trapp, Deputy Clerk



NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above matter  on the record in open court.  If this occurs, parties in interest will not be given further written notice of the new hearing date.  If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court=s web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk=s Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.pcs.uscourts.gov.