# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: ) | |
| ) | |
| JAE L BURNHAM, ) | Case No. 17-03285-jtg |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| ) | Adversary Proceeding No.: 17-80176-swd |
| TDC INTERNATIONAL CORP., f/k/a ) | |
| G.E. THOMPSON DEVELOPMENT ) | |
| CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JAE L BURNHAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROOF OF SERVICE

Nathan D. Petrusak, being duly sworn, says that on the 21st day of February, 2018, he did serve a copy of the Notice of Telephonic Conference Re: Plaintiff's Motion for Entry of Default Judgment upon:

**Jae L Burnham, 731 E. Shiawassee, Lansing, MI 48912**

by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

O'REILLY RANCILIO P.C.

*/s/ Nathan D. Petrusak*
NATHAN D. PETRUSAK (P75359)
Attorney for Plaintiff
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
Dated: February 21, 2018       ecf@orlaw.com