UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

JAE L. BURNHAM                                                                    Case No. DL17-03285

                        Debtor        /

TDC INTERNATIONAL CORP.
f/k/a G.E. THOMPSON DEVELOPMENT CORP.,
                                                                                          Adversary Pro. No. 17-80176
                        Plaintiff,

v.

JAE L. BURNHAM
                        Defendant.
_____/

**NOTICE OF RESCHEDULED TELEPHONIC HEARING
RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Please take notice that the motion in the above entitled adversary proceeding previously scheduled for February 28, 2018 has been changed.   The telephonic hearing will now be held on March 5, 2018 at 2:00 p.m. before the Hon. Scott W. Dales.

Parties are to dial (888) 273-3658 and reference Access Code 5199125 to participate in the conference.

PLEASE TAKE NOTICE that the telephonic hearing may be recorded from the moment the first participant gets on line, even if an operator or the court fails to announce the commencement of recording.

_____
Court served interested parties via cm/ecf. (February 23, 2018-kt)

February 23, 2018                                        DANIEL M. LAVILLE
                                                                  CLERK OF BANKRUPTCY COURT

                                                                          /s/
                                                                  BY: Kathleen M. Trapp, Deputy Clerk



NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above matter   on the record in open court.   If this occurs, parties in interest will not be given further written notice of the new hearing date.   If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court=s web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk=s Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.pcs.uscourts.gov.