United States Bankruptcy Court
Western District of Michigan

TDC International Corp.,
        Plaintiff                                           Adv. Proc. No. 17-80176-swd

Burnham,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0646-1          User: trappk          Page 1 of 1          Date Rcvd: Feb 21, 2018
                              Form ID: pdf016       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
dft            +Jae L Burnham,    731 E. Shiawassee,    Lansing, MI 48912-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
          Brian C. Grant    on behalf of Plaintiff   TDC International Corp. bgrant@orlaw.com,
           cbissett@orlaw.com
          Nathan D. Petrusak   on behalf of Plaintiff   TDC International Corp. npetrusak@orlaw.com,
           ecf@orlaw.com
                                                                        TOTAL: 2

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

JAE L. BURNHAM                                                  CASE NO.: DL 17-03285

                              Debtor     /

TDC INTERNATIONAL CORP.
f/k/a G.E. THOMPSON DEVELOPMENT CORP.

                              Plaintiff,          ADV. PROCEEDING: 17-80176

vs

JAE L. BURNHAM
                            Defendant./

### NOTICE OF TELEPHONIC CONFERENCE
### RE:  PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Please take notice that the above motion previously scheduled for February 22, 2018 at 11:00 a.m. in Lansing has been rescheduled.   A telephonic hearing will now be held **February 28, 2018 at 1:30 p.m.** before the Hon. Scott W. Dales.

Parties are to dial (888) 273-3658 and reference Access Code 5199125 to participate in the conference.

**PLEASE TAKE NOTICE** that the telephonic hearing may be recorded from the moment the first participant gets on line, even if an operator or the court fails to announce the commencement of recording.

Notice served via cm/ecf upon the interested parties. (February 21, 2018-kt)

February 21, 2018                                          DANIEL M. LAVILLE
                                                     CLERK OF BANKRUPTCY COURT

                                                      /s/
                                              BY: Kathleen M. Trapp, Deputy Clerk



NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above matter    on the record in open court.   If this occurs, parties in interest will not be given further written notice of the new hearing date.   If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court=s web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk=s Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.pcs.uscourts.gov.