UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Jae L. Burnham,

              Debtor.

TDC International Corp.

              Plaintiff,

Jae L. Burnham,

              Defendant.
_____ /

Case No. 17-03285-swd

Adv. Pro. No. 17-80176-swd

Chapter 7

Hon. Scott W. Dales

**ORDER DENYING MOTION FOR ENTRY OF DEFAULT JUDGMENT**

This matter comes before the court on the Motion for Entry of Default Judgment [Dkt. No. 10] (the "Motion") filed by NATHAN D. PETRUSAK (the "Movant"), on behalf of creditor, TDS INTERNATIONAL CORP.

On March 5, 2018, this court held a telephonic hearing and, for the reasons stated on the record,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion for Entry of Default Judgment is DENIED.

2. Having waived service on the record, Defendant shall have twenty eight (28) days from entry of this order to Answer or otherwise respond to Plaintiff's Complaint;

[END OF ORDER]

Prepared by:
Kimberly L. Savage (P68267)
Savage Legal Group, PC
1483 Haslett Road
Haslett, Michigan 48840
(517) 515-5000

**IT IS SO ORDERED.**

Dated March 20, 2018

Scott W. Dales
United States Bankruptcy Judge